UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              CRIMINAL NO. 04-80642-13

  v.

                              HON. PAUL D. BORMAN

KENNETH WORTHY II,

        Defendant.
_____/

**ORDER DENYING MOTION TO DELAY REPORT DATE**

        Defendant, Kenneth Worthy, having filed a motion to delay defendant's report date, and the Court, having considered the motion;

        **THEREFORE, IT IS ORDERED**, that defendant's motion to delay his reporting date is **DENIED**. Defendant is to surrender on 8/28/07 to FCI Safford in Arizona as notified by the Marshal.

                                            s/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: August 27, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 27, 2007.

                                            s/Denise Goodine
                                            Case Manager